In The United States District Court
For The Eastern District of Oklahoma

Ezekiel Davis,
Plaintiff

v.

Core Civic, et al.,
Defendants

Case No. CN-18-396-JHP-SPS

**FILED**
JUL 22 2019
PATRICK KEANLY
Clerk, U.S. District Court
By _____ Deputy Clerk

## Plaintiff's Request For Production of Documents Electrocially Stored Information / Tangible Things

COMES NOW Ezekiel Davis, appearing pro se in the above entitled case, moves with this motion for Production of Documents Electrocially Stored Information / Tangible Things; for the following reasons:

1.) Plaintiff is requesting that the U.S. Marshals Service be provided the last known address to the below named Defendant(s);

   A.) Latoya Edward, Correctional Officer formerly employeed at the Davis Correctional Facility (DCF) in 2018;

   B.) Wayda Stanley, Correctional Officer formerly employeed at the Davis Correctional Facility (DCF) in 2018;

C.) Brittney Summer-Hope, Correctional Officer at DCF in 2017;

D.) Justin Pham, Radiologist for Core Civic Medical Department, for DCF in 2017-2018;

E.) Mr. Price, Chief of Security, formerly employed at the Oklahoma State Penitentiary (OSP) Jan. 2019.

F.) Lisa Williams, Case Manager H-Unit/Block, formerly employed at the Oklahoma State Penitentiary (OSP) Jan-Feb. 2019.

Plaintiff has made this request in good faith, for the last known address to be provided to the U.S. Marshals so they can effectuate service upon these Defendants.

Respectfully Submitted,

_____

## Certificate of Service

I hereby certify that on 7-18-19 I served a true and correct copy of the foregoing,
Michael J. Heron, mheron@hfhlaw.com
Darrell L. Moore, darrellmoore@jmjohnmoore
Jessica L. Dark, jdark@piercecouch.com
Kari Y. Hawkins, karihawkins@arg.ok.gov.

_____

-2-