U.S. Department of Justice  
United States Marshals Service

PROCESS RECEIPT AND RETURN  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ezekiel Davis | 18cv394 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Wayda Staney | |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. Ezekiel Davis  
#186754, NW-2-L  
P.O. Box 97  
McAlester, Okla. 74502

Number of process to be served with this Form - 285  
Number of parties to be served in this case  
Check for service on U.S.A.

RECEIVED U.S. MARSHALS EASTERN OKLAHOMA 2020 MAR -2 PM 3:03

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Ezekiel Davis  
☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: N/A  
DATE: 2-24-20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No. 63  
District to Serve No. 63  
Signature of Authorized USMS Deputy or Clerk: MS  
Date: 3/9/20

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED MAR -9 2020 PATRICK KEANEY Clerk, U.S. District Court By Deputy Clerk

Date of Service: 3/9/20  
Time: 10:00 am  
Signature of U.S. Marshal or Deputy

REMARKS: The listed individual was never employed by Davis Correctional

PRIOR EDITIONS MAY BE USED  
1. CLERK OF THE COURT  
FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| EZEKIEL DAVIS <br> *Plaintiff* <br> v. <br> CORE CIVIC, INC., et al., <br> *Defendant* | ) ) ) ) ) ) ) )  Civil Action No.  CIV-18-396-RAW-SPS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wayda Stamey
(provided by USM)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ezekiel Davis
186754
Oklahoma State Penitentiary
PO Box 97
McAlester, OK 74502-0097

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  02/26/2020

*Patrick Keaney*
Patrick Keaney

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-18-396-RAW-SPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Wayda Stamey**
was received by me on *(date)* **3/2/20**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because **Does not work @ listed facility** ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3/9/20**

_____
Server's signature

**J. Rabean DUSM**
Printed name and title

**111 N. 5th St, Muskogee OK 74401**
Server's address

Additional information regarding attempted service, etc: