IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Ezekiel Davis,
Plaintiff,

v.

CORE CIVIC, INC.,
et al.,
Defendants.

Case No. CIV-18-396-JFH-SPS

FILED
NOV - 2 2020
PATRICK KEANEY
Clerk, U.S District Court
By_____
Deputy Clerk

PLAINTIFF'S MOTION FOR COURT ORDER TO ODOC TO SEND ME MY LEGAL DOCUMENTS SO THAT I CAN DEFEND MY CIVIL LITIGATIONS

COMES NOW Ezekiel Davis, Plaintiff in the above entitle case moves with this motion for the following reason(s);

1.) On Oct. 2, 2020, I was transferred to the Davis Correctional Facility (DCF) from the Oklahoma State Penitentiary (OSP).

2.) The property officer that inventoried my property on Oct. 2, 2020 at OSP ensured me that the rest of my legal documents would be sent to me, however it has not been.

3.) The Warden at OSP knew I had legal deadlines and that all of my property was taken on Feb. 11, 2020 when I was placed in SHU for untrue and fabricated reasons. I never receive property inventory from 2-11-20.

4.) The Warden and several other OSP employees are intentionally engage in a conspiracy to sabotage, impede and cause actual

injury to my pending civil cases by denying me my legal documents because they exceed the allowable one (1) cubic foot allowed by ODOC policy.

I have three pending civil cases including this case, and by law I should be allowed my legal property until my cases are adjudicated.

Wherefore I am moving the court to order the ODOC to allow me to have all of my property that remains at OSP to be stored at DCF so that I can defend my claims and defenses in this case.

Respectfully submitted,

Ezekiel Davis

## Certificate of Mailing

I hereby certify that on __10-27-20__ I sent a true and correct copy of the foregoing to the Clerk of the Court, requesting transmittal of attached document using the ECF System to electronically forward this document to the attorneys on ECF System registrant in this case.

Darrell L. Moore
Kari Hawkins, AAG

Ezekiel Davis

(2)

COUNTY OF HUGHES )
) ss:
STATE OF OKLAHOMA )

## VERIFICATION

I, Ezekiel Davis, state under the penalty of perjury, under the laws of Oklahoma (Title 12 O.S. § 426, Supp. 2004), that the foregoing is true and correct. Executed at DAVIS CORRECTIONAL FACILITY, HOLDENVILLA, OKLA 74848 on October 27, 2020.

Ezekiel Davis
Affiant's Name (Print)

Ezekiel Davis
Affiant's Signature

## CERTIFICATE OF MAILING

I, Ezekiel Davis, hereby certify that a true and correct copy of the foregoing instrument was mailed on October 27, 2020, by placing the same in the U.S. mail here at DAVIS CORRECTIONAL FACILITY, Holdenville Oklahoma 74848, with first class postage prepaid to: Clerk of Court,

DARRELL L. MOORE
KARI HAWKINS, AAG

Ezekiel Davis
Affiant's Name (Print)

Ezekiel Davis
Affiant's Signature

(3)