IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

DEC 28 2020

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

EZEKIEL DAVIS,
PLAINTIFF,

v.

CORECIVIC, INC.,
et al.,
DEFENDANTS.

CASE No. 18-396
9FH-SPS

DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

Ezekiel Davis states:

1.) I AM the plaintiff in this case, I MAKE this declaration in support of my motion for a temporary restraining order and preliminary injunction to ensure that I receive necessary medical care, that my life is NOT put in danger by prison employees who has told other inmates that I AM A snitch including my present cell mate. SEE! Exhibit 5

2.) I AM in fear for my life of catching coronavirsus from Defendants coming to work sick.

3.) On Sept. 25, 2020, while at OSP I was taken to CUMC for a MRI, to-date I HAVE been denied MRI-Radiologist Report, And than on Oct. 2, 2020 I was transferred back to DCF, And denied my MRI-Radiologist Report when its in my Medical record And I want to submit it to the court, because I AM experience new pain that shoots down my neck And when I'm sitting or laying down and try to stand I'm having pain And weakness in my lower back, buttock And leg. SEE! Exh. 6; 9;10;11

4.) Defendants at OSP set me up on Feb. 11, 2020 to confiscate all my legal property and OSP has my legal property at the facility And has NOT transferred it to DCF to-date.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____    12-21-20
SIGNATURE                    DATE

1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

EZEKIEL DAVIS,
        PLAINTIFF,

v.

CORE CIVIC, INC.,
et al.,

        DEFENDANTS

CASE No.

DECLARATION IN SUPPORT OF PLAINTIFF'S
MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

9.) The Defendants Core Civic and DCF Medical only have Dr. Sanders and Defendant S. Brewer to provide medical care for over 1,700 inmates at DCF, and Dr. Sander NEVER come to DCF-Max Unit to provide medical care.

10.) The Defendants are continuing to violate my constitutional Rights by provide ineffective medical care; not telling me the condition of my spine and why I'm suffering in more pain, and I've put in Sick Calls Request, and has not been seen due to DCF only having one medical doctor and one (1) Nurse Practitioner.

11.) I am in imminent danger of suffering serious physical injury due to the continuous violation of my constitutional rights by delaying adequate medical care by a physician qualified to assess my serious. Neurologist can prescribe a proper course of treatment.

12.) For the reasons set forth in the memorandum of law filed with this motion, the plaintiff is entitled to a temporary restraining order requiring the Defendants to allow me to have arch support for my feet so when I walk I won't aggreviate my spinal condition; provide adequate medical care for my spinal condition; stop retaliating by telling my cellmates that I'm a rat or snitch to pit them against me. See: Exhi. 5.

Pursuant to 28 U.S.C. 1746. I declare under penalty of perjury that the foregoing is true and correct.

_____  / 12-21-20
SIGNATURE                 / DATE

3 of 3

## Certificate of Mailing

I hereby certify that on ___12-21-20___ I mailed a true and correct copy of the foregoing "Memorandum Of Law In Support Of Plaintiff's Motion For A Temporary Restraining Order And Preliminary Injunction", postage per paid to the Clerk of the Court, requesting the attached document to be forwarded to the attorneys on record in this case using the ECF System to electronically forward it to the below named

Darrell L. Moore
Kari Hawkins, AAG

Medunison                                                                                      Page 1 of 15

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:          **DAVIS, EZEKIEL**
                                                                             OK DoC Offender ID 186754
                                                                             07/07/1969 (49) M African American
                                                                             Davis Correctional Facility

**MENTAL HEALTH PREA INTERVIEW - 12/07/16 11:29 AM**
**SUBJECTIVE DATA:**

*Reason for this visit:* Initial;

*Referral source:* Security;

*Chief Complaint:*
Other:
   Inmate Ezekiel L. Davis was referred for a mental health evaluation following a PREA complaint identifying him as the
   alleged perpetrator. Prior to his interview, Inmate Davis was provided with an explanation of the limits of confidentiality for
   this evaluation. He said that he would agree to the evaluation if he could talk about his version of the events surrounding
   the PREA complaint.

*Current signs or symptoms and/or responses to treatment:*
   A review of Inmate Davis' electronic health record reveals that he does not have a history of mental health treatment prior
   to his incarceration. He does not have an apparent history of suicidal thinking or attempts. Since his incarceration, Inmate
   Davis has been treated with neuroleptic and antidepressant medication. He does not, however, have a diagnosis of a
   mental health symptom disorder. He is diagnosed with Paranoid Personality Disorder. He has not received mental health
   treatment within the correctional system since 2014. A review of Inmate Davis' Department of Corrections' records
   indicate that he has a 1990 conviction for First Degree Murder and is serving a life sentence.

   Developmentally, Inmate Davis recalls his childhood in Memphis, Tennessee and Tulsa, Oklahoma in positive terms. He
   said that he was loved and that discipline in his home was very strict. He denied experiencing physical, sexual, or
   emotional abuse as a child, but he also said that his grandmother would hit him with a belt when he misbehaved.
   Similarly, Inmate Davis said that school was "fun" and that he was a successful school student and athlete. He specifically
   recalled high school as "OK" because of school sports, but he later said that he with school in the 9th grade, later
   admitting that he was expelled for selling drugs on school property. At about age 14, Inmate Davis started selling
   controlled dangerous substances. He was "rebellious" and "out on the streets" he related. From that time until 1990, when
   he was first incarcerated at age 19, Inmate Davis did not commit property crimes, theft with confrontation, set fires, or
   harm animals, according to his self-reports. He denied violent behavior prior to his instant offense, but he later admitted to
   "slapping people around, pistol whipping. I only shot one guy and was convicted of first degree murder." When asked
   about his own drug use, Inmate Davis was very emphatic that he is not addicted. He reported drinking beer and "clear
   liquors" until intoxicated and smoking cannabis 3-4 times weekly starting at age 14. He continues to use cannabis while
   incarcerated and said, "I'll never stop. I don't think there is anything wrong with it." Inmate Davis reported a legal work
   history including "working in the food industry," specifically working in a restaurant, and collecting trash and then installing
   radios for the City of Tulsa. He quit his first job after 6 months, the second after 9 months, and was "laid off from my last
   job because I had a car accident." Inmate Davis has not had a long term intimate relationship. He said that since 1990, he
   has had sexual intercourse with numerous women working in the correctional system. He said that he reported one
   incident at this facility and that this was investigated by the Oklahoma Office of the Inspector General. Inmate Davis self-
   identifies as heterosexual and denied any sexual behavior with males either voluntary or involuntary. During his
   incarceration, Inmate Davis said that he has had disciplinary infractions for "stupid stuff," later elaborating that he stole a
   video game from the property room because, "I had no money and it cost $50.00" As this discussion continued, he
   admitted that he had been disciplined for threatening a female staff member, which he described as justified, and for
   having a knife and syringe. He did not deny having the knife and syringe, but described the cell search which discovered
   these as harassment and retaliation for reporting having had sex with a staff member. He also gave a legalistic
   explanation of why the prison's evidence resulting from the search was flawed. He said that he has refused orders, and
   has had "several fights." He explained that "When I have to be violent, I will to the death."

   When interviewed, Inmate Davis was awake, alert, and fully oriented. His speech was well articulated. He alternated
   between terse explanations conveying minimal information and lengthy monologues arguing for his view that he is
   mistreated. Inmate Davis' thought form was non-psychotic. His paranoid thought content was very evident. He suspects
   everyone's motives, questioned why I took so many notes while we spoke, and gave explanations of various instances
   when others have plotted or colluded to harm him or block his goals. Inmate Davis' thought content was also very focused
   on self, and he described different ways in which he is superior to others, and various ways that he has felt offended by
   what others say or do. When asked about perceptual disturbances, Inmate Davis described a brief period during
   adulthood when he was housed in a single cell in a maximum security facility and had hypnagogic perceptions of music.
   Inmate Davis sought advice from mental health staff and was told that he was OK. Inmate Davis' affect was euthymic,

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of
Corrections.*

Exhibit 1
1 of 4

CCS000263

Medunison

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:

DAVIS, EZEKIEL
OK DoC Offender ID 186754
07/07/1969 (49) M African American
Davis Correctional Facility

congruent, and appropriate in range. His motor activity level was appropriate to this task. Inmate Davis denied depressive and anxiety disorder symptoms. He denied symptoms of PTSD.

Inmate Davis denied suicidal and assaultive ideation, stressing that he would assault someone if they "were hurting me."

**Comments on Subjective Findings:**
In terms of personality functioning, Inmate Davis described violent and illegal behavior as justified, a response to aggression from others, and he described his behavior without any evidence of remorse. Describing his offense, he blamed his victim and his victim's daughter, whom he was dating. Inmate Davis said that she had complained that her father was abusive, and that his killing was a heroic sacrifice by Inmate Davis for a girl who later betrayed him. Throughout his interview, Inmate Davis attempted to depict himself as virtuous. Inmate Davis seldom mentioned others during his interview, and when he did he described them in negative terms. When asked to describe someone important in his life, he described the person briefly and superficially as a kind person who could still intimidate others by staring them down. When asked about a time he felt guilty, Inmate Davis first laughed and then discussed stealing the game from the property room. He said that he asked himself why he stole the game, but then justified the theft to himself because he would be unable to afford the game otherwise. As noted earlier, Inmate Davis' view of others is very suspicious of motives, very sure that others work together to harm him, and that others cannot be trusted. Overall, Inmate Davis does meet criteria for both Paranoid Personality Disorder and Antisocial Personality Disorder.

Inmate Davis has risk factors for perpetration that result in greater risk than typical for a medium security setting. These are: Early history of violence towards others, willingness to break laws or institutional rules, lack of remorse for actions, hostility towards others and willingness to act violently, perception of others as an undifferentiated mass, minimization and rationalization as defenses against self-reproach, impulsivity, having had sex during incarceration, he alleges, specifically with staff members, and a life sentence. Inmate Davis' risk for sexual victimization by other inmates is minimal. He is at risk for voluntary sexual intercourse with female staff, which is a PREA offense and exploitive. Inmate Davis has a history of assaulting others and has a conviction for murder. These factors, and his risk factors for sexual perpetration indicate that his potential for violence is greater than typical for his setting.

## OBJECTIVE DATA:

**Medications:**

| Medication | Start Date | End Date |
|---|---|---|
| Neurontin 100 mg capsule oral<br>1 capsule(s) Once daily for 7 Days | 12/05/2016 | 12/11/2016 |
| Desyrel 50 mg tablet oral<br>1 tablet(s) Before bed for 300 Days | 11/29/2016 | 09/24/2017 |
| Motrin 800 mg tablet oral<br>1 tablet(s) Twice daily for 300 Days | 11/29/2016 | 09/24/2017 |
| Prilosec 20 mg enteric coated capsule oral<br>1 capsule(s) Once daily for 300 Days | 11/29/2016 | 09/24/2017 |
| Topamax 50 mg tablet oral<br>1 tablet(s) Twice daily for 300 Days | 11/29/2016 | 09/24/2017 |
| Catapres 0.3 mg tablet oral<br>1 tablet(s) Twice daily for 358 Days<br>Notes: HTN | 10/24/2016 | 10/16/2017 |
| Chlor-Trimeton 4 mg tablet oral<br>1 tablet(s) Twice daily for 358 Days | 10/24/2016 | 10/16/2017 |
| LISINOPRIL/HCTZ 20 mg-25 mg tablet oral<br>1 tablet(s) Once daily for 358 Days | 10/24/2016 | 10/16/2017 |
| Lopressor 100 mg tablet oral<br>1 tablet(s) Twice daily for 358 Days<br>Notes: CCV, increased dose for better control | 10/24/2016 | 10/16/2017 |
| Pain Reliever Added Strength 250 mg-250 mg-65 mg tablet oral<br>2 tablet(s) Twice daily for 358 Days | 10/24/2016 | 10/16/2017 |

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Exhibit 1
2 of 4

CCS000264

Medunison

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:

**DAVIS, EZEKIEL**
OK DoC Offender ID 186754
07/07/1969 (49) M African American
Davis Correctional Facility

Zocor20 mg tablet oral                                         10/24/2016 10/16/2017
 1 tablet(s) Before bed for 358 Days

*Appearance:* Neat; Poised;

*Offender observed to have poor or declining health?* No;

*Behavior:* Other; Defensive, suspiscious of the purposes of the evaluation

*Mood:* Euthymic ;

*Affect:* Other; Congruent

*Speech:* Normal;

*Perception:* No Abnormalities;

*Thought Process:* Organized;

*Thought content:* Paranoia;

*Suicidal thoughts or behavior:* No;

*Homicidal thoughts or behavior:* Yes;

 *Comment:* History of assaults and conviction for murder. No plans or intentions to harm others today, but is very willing to use violence when he perceives threat.

*Self injury thoughts or behavior:* No;

*Oriented to person, place, time:* Yes;

*Concentration intact:* Yes;

*Memory intact:* Yes;

*Abstract thinking intact:* Yes;

*Insight and judgement intact:* No;

### ASSESSMENT:

Problems:

| Problem | Code | Source | Status | Begin | Resolved | Notes |
|---|---|---|---|---|---|---|
| CONSTIPATION NOS | 564.00 | ICD-9 | Confirmed | 05/14/2015 | | |
| HYPERLIPIDEMIA NEC/NOS | 272.4 | ICD-9 | Suspected | 04/17/2014 | | |
| Neck pain | | SNOMED | Suspected | 07/31/2012 | | |
| Paranoid Personality Disorder | 301.0 | DSM IV | Suspected | 02/29/2012 | | |
| Chronic low back pain | | SNOMED | Suspected | 02/01/2012 | | |
| PLANTAR WART | 078.12 | ICD-9 | Suspected | 05/23/2011 | | cauterized |
| HYPERTENSION NOS | 401.9 | ICD-9 | Suspected | 09/16/2010 | | |

*Mental Health Classification Level:*

Vitals:

| Measurement | 10/06/16 01:43 PM |
|---|---|
| MH | A |

### EDUCATION:

*Medication Education: Instructed offender on risks and benefits of medication adherence / non-adherence?* Not applicable. Offender on no medications.;

### PLAN:

*Return Visit:* Other;
 *Specify:* PRN

Signed Electronically by Stephen Lange, PhD on 12/07/16 11:35 AM
Cosigned Electronically by Raymond Larimer, RN on 08/24/17 09:25 AM (requested by Dr. Fred S.Sanders, D.O. on
08/23/17 05:20 PM)

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Exhibit 1
3 of 4

CCS000265

Medunison

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:

DAVIS, EZEKIEL
OK DoC Offender ID 186754
07/07/1969 (49) M African American
Davis Correctional Facility

Cosigned Electronically by Linda Lantrip, DO on 09/02/17 12:00 AM (requested by Dr. Fred S.Sanders, D.O. on 08/24/17 06:38 AM)

Cosigned Electronically by Sandra Sanford, LCSW on 09/04/17 07:09 PM (requested by LindaLantrip, DO on 09/01/17 11:59 PM)

Cosigned Electronically by Victoria Shepherd, MEd, LPC, LADC on 09/02/17 11:08 AM (requested by LindaLantrip, DO on 09/02/17 01:32 AM)

Cosigned Electronically by Joan Garvin, LPC on 09/04/17 01:05 PM (requested by LindaLantrip, DO on 09/02/17 01:32 AM)

The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.

Exhibit 1
4 of 9

CCSO00266

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:

DAVIS, EZEKIEL
OK DoC Offender ID 186754
1969 (49) M African American
Davis Correctional Facility

| | | | | | | |
|---|---|---|---|---|---|---|
| Temperature (F) | | | | 98.2 | 96.0 | |
| Pulse (BPM) | 91 | 98 | 90 | | 97 | 75 |
| Respirations (BPM) | | 17 | 16 | | | |
| Heart Rate (BPM) | | | | | 96 | |
| PulseOx (%) | | 98.0 | 99.0 | 98.0 | | 98.0 |
| SBP (sitting) | 119 | 153 | 143 | 140 | | 148 |
| DBP (sitting) | 82 | 93 | 89 | 90 | | 86 |
| MH Level: | | | | | | |

| Measurement | 05/04/16 08:36 AM | 09/11/14 02:27 PM |
|---|---|---|
| Height | | 77 |
| Weight (lbs) | 252.0 | 242.0 |
| Temperature (F) | 98.3 | 98.0 |
| Pulse (BPM) | 61 | 80 |
| Respirations (BPM) | 16 | 16 |
| Heart Rate (BPM) | 61 | 80 |
| PulseOx (%) | 98.0 | 98.0 |
| SBP (sitting) | 121 | 134 |
| DBP (sitting) | 77 | 84 |
| MH Level: | | |

Note:
Extensive chart review:
I/M has c/o "needing " MRI of neck and low back to Dx. long term back pain complaints back to at least 2010 (MVC 1988 or 1986). Wants Neck (c-Spine) better evaluated as he states that the neck pain was d/t having been "put down" by security several years ago (2/14/12 at OSR & from MVC).
He is also wanting, among other things: Medical boots/athletic shoes d/t right foot problem of chronic plantar wart, flat feet, bunions mostly on right foot. He was seen by Podiatrist 3 or 4/2016 requested new shoes for I/M d/t shoes being worn out (not for foot problem).
medical chair for his cell and for recreation, double mattress, change in medication distribution, Ice water twice a day, back brace with Lumbar support, Neurology consult, MRi, ETC.
I/M has had some of these requested and denied at other facilities as Medical evaluation by Physicians and Plain film X-rays have all been relatively normal with the exception of noted mild arthritic changes of the Lumbar spine and Modest degenerative changes (Osteophytic spurring) of the Cervical spine (last x-ray report 1/10/2017).
Since arrival at DCF 5/30/17 I/M has been in Max. Security ECHO unit. He has been seen by the Medical Provider 6/6/17, & 7/4/17. He has been seen by Dental , Optometry and Mental Health.

Review of I/M's medical record including recent evaluations at this facility do not seem to support the need for an MRI or CT-Scan of the C-spine or Lumbar-spine. Most of his back pain issues seem to center around wanting something to help him sleep. He currently has a back brace that he wears (?need).
There may be some merit to his needing Medical shoes (not Boots) d/t Plantar Wart, Bunions and flat feet esp. the right foot.
I/M has spent a lot of time doing work in the Law Library and on his and others Legal cases. Here he continues to request the same things he has requested since at least 2010 and has used various tactics including threats, intimidation, shamming, and seem to be continuing to do so.
Will follow I/M and if further evaluation is every really deem needed/necessary will place request at that time.

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)**

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Exhibit 2

7/15/2018

Medunison

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:

**DAVIS, EZEKIEL**
OK DoC Offender ID 186754
07/07/1969 (49) M African American
Davis Correctional Facility

*Encounter:* Chart review/?medical wants
*Date/Time of Service:* 08/24/17 06:54 AM
*Location of Service:* Davis Correctional Facility
*Provider:* Fred Sanders, D.O., DO Authorizing Provider:Fred Sanders, D.O., DO

Signed Electronically by Fred S. Sanders, D.O., DO on 08/24/17 08:44 AM
Cosigned Electronically by Raymond Larimer, RN on 08/24/17 10:11 AM (requested by Dr. Fred S.Sanders, D.O. on 08/24/17 08:44 AM)

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Exhibit 2
2 of 2

7/15/2018

CCS000108

Medunison                                                                 Page 7 of 8

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:

**DAVIS, EZEKIEL**
OK DoC Offender ID 186754
07/07/1969 (49) M African American
Davis Correctional Facility

**MENTAL HEALTH PROGRESS NOTE - SOAP - 10/06/16 11:37 AM**

### SUBJECTIVE DATA:

*Reason for this visit:* Initial;

*Referral source:* Sick Call;

*Current signs or symptoms and/or responses to treatment:*
Offender reported many frustrations with how his physical issues and how they are being handled by facility. He wanted to know who denied nonformulary requests and appts, as well as how to get medical transfer. He was referred to MD and HSA. He became angry and asked what mental health could help with and was told coping and stress management, as MH could not make his medical decisions. He said this was bullshit and a waste of time and got up and left.

### OBJECTIVE DATA:

Medications:

| Medication | Start Date | End Date |
|---|---|---|
| Neurontin300 mg capsule oral<br>1 capsule(s) Twice daily for 180 Days<br>Notes: Neuropathy | 09/16/2016 | 03/14/2017 |
| Neurontin800 mg tablet oral<br>1 tablet(s) Twice daily for 180 Days<br>Notes: NeurOpathy | 09/16/2016 | 03/14/2017 |
| Catapres0.3 mg tablet oral<br>1 tablet(s) Twice daily for 110 Days<br>Notes: HTN | 08/24/2016 | 12/11/2016 |
| LISINOPRIL/HCTZ20 mg-25 mg tablet oral<br>1 tablet(s) Once daily for 190 Days | 05/28/2016 | 12/03/2016 |
| Lopressor100 mg tablet oral<br>1 tablet(s) Twice daily for 190 Days<br>Notes: CCV, increased dose for better control | 05/28/2016 | 12/03/2016 |
| Milk of Magnesia8% suspension oral<br>30 cc Each morning for 190 Days | 05/28/2016 | 12/03/2016 |
| Neurontin800 mg tablet oral<br>1 tablet(s) Twice daily for 190 Days<br>D/C: order changed 9/13/16 | 05/20/2016 | 11/25/2016 |
| Pain Reliever Added Strength250 mg-250 mg-65 mg tablet oral<br>2 tablet(s) Twice daily for 180 Days | 05/13/2016 | 11/08/2016 |
| Zocor20 mg tablet oral<br>1 tablet(s) Before bed for 180 Days | 05/10/2016 | 11/05/2016 |

*Appearance:* Tense;

*Offender observed to have poor or declining health?* No;

*Behavior:* Agitated; Restless;

*Mood:* Other; Angry

*Affect:* Other; Mood congruent

*Speech:* Normal;

*Perception:* No Abnormalities;

*Thought Process:* Organized;

*Thought content:* Within normal limits;

*Suicidal thoughts or behavior:* No;

*Homicidal thoughts or behavior:* No;

*Self injury thoughts or behavior:* No;

*Oriented to person, place, time:* Yes;

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Exhibit 3
1 of 2

CCS000314

Medunison

Page 8 of 8

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:

**DAVIS, EZEKIEL**
OK DoC Offender ID 186754
07/07/1969 (49) M African American
Davis Correctional Facility

*Concentration intact:* Yes;
*Memory intact:* Yes;
*Reliable history and information from Record:* Yes;
*Reliable history and information from Offender:* Yes;

**ASSESSMENT:**

Problems:

| Problem | Code | Source | Status | Begin | Resolved | Notes |
|---|---|---|---|---|---|---|
| CONSTIPATION NOS | 564.00 | ICD-9 | Confirmed | 05/14/2015 | | |
| HYPERLIPIDEMIA NEC/NOS | 272.4 | ICD-9 | Suspected | 04/17/2014 | | |
| Neck pain | | SNOMED | Suspected | 07/31/2012 | | |
| Chronic low back pain | | SNOMED | Suspected | 02/01/2012 | | |
| HYPERTENSION NOS | 401.9 | ICD-9 | Suspected | 09/16/2010 | | |

Vitals:

| Measurement | 10/06/16 01:43 PM |
|---|---|
| MH | A |

**EDUCATION:**

*Medication Education: Instructed offender on risks and benefits of medication adherence / non-adherence? Not applicable.*
Offender on no medications.;

**PLAN:**

*Plan:*
F/U PRN

Signed Electronically by Kimberly Weaks, Ph.D on 10/06/16 01:44 PM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

https://ehr.docsynergy.com/DocSynergy/CentralMR/NotePrint.aspx?PatientUserCode=100...

*Exhibit 3*
*2 of 2*
7/15/2018
CCS000315

Medunison                                                                          Page 7 of 15

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:

**DAVIS, EZEKIEL**
OK DoC Offender ID 186754
07/07/1969 (49) M African American
Davis Correctional Facility

| AM | AM | | | Facility | |
|---|---|---|---|---|---|
| 08/23/16 09:15 AM | 08/23/16 09:30 AM | Medical: Nurse Visit | Completed | Lawton Correctional Facility | |
| 09/13/16 10:30 AM | 09/13/16 10:45 AM | Medical: Provider Visit | Completed | Lawton Correctional Facility | Gonzaga, MD,Mars |
| 10/06/16 09:00 AM | 10/06/16 09:15 AM | MH: Individual session | Completed | Lawton Correctional Facility | Weaks, Ph.D,Kimberly |
| 10/13/16 09:30 AM | 10/13/16 09:45 AM | Dental: Procedure | Completed | Lawton Correctional Facility | |
| 10/13/16 12:15 PM | 10/13/16 12:30 PM | Dental: Procedure | Completed | Lawton Correctional Facility | |
| 10/18/16 07:00 AM | 10/18/16 07:15 AM | MH: SHU weekly review | Completed | Lawton Correctional Facility | Lange, PhD,Stephen |
| 10/24/16 09:00 AM | 10/24/16 09:15 AM | Medical: Chronic Clinic | Completed | Lawton Correctional Facility | Cooper, ARNP,Patsy |
| 10/25/16 07:00 AM | 10/25/16 07:15 AM | MH: SHU 30 day review | Completed | Lawton Correctional Facility | Lange, PhD,Stephen |
| 10/26/16 07:00 AM | 10/26/16 07:15 AM | MH: SHU weekly review | Deleted | Lawton Correctional Facility | Lange, PhD,Stephen |
| 10/27/16 07:00 AM | 10/27/16 07:15 AM | MH: SHU weekly review | Deleted | Lawton Correctional Facility | Lange, PhD,Stephen |
| 10/28/16 07:00 AM | 10/28/16 07:15 AM | MH: SHU weekly review | Deleted | Lawton Correctional Facility | Lange, PhD,Stephen |
| 10/29/16 07:00 AM | 10/29/16 07:15 AM | MH: SHU weekly review | Deleted | Lawton Correctional Facility | Lange, PhD,Stephen |
| 11/01/16 07:00 AM | 11/01/16 07:15 AM | MH: SHU weekly review | Completed | Lawton Correctional Facility | Lange, PhD,Stephen |
| 11/01/16 07:00 AM | 11/01/16 07:15 AM | MH: SHU weekly review | Deleted | Lawton Correctional Facility | Lange, PhD,Stephen |
| 11/03/16 06:15 AM | 11/03/16 06:30 AM | Medical: Lab draw | No Show | Lawton Correctional Facility | |
| 11/07/16 08:45 AM | 11/07/16 09:00 AM | Medical: Lab draw | Waived | Lawton Correctional Facility | |
| 11/29/16 12:00 PM | 11/29/16 12:15 PM | Medical: Provider Visit | Completed | Lawton Correctional Facility | Musallam, MD,Sam |
| 04/17/17 04:30 AM | 04/17/17 04:45 AM | Medical: Lab draw | Scheduled | Lawton Correctional Facility | |
| 04/24/17 09:30 AM | 04/24/17 09:45 AM | Medical: Chronic Clinic | Scheduled | Lawton Correctional Facility | |

*Progress Note:*
Offender released from main medical via security escort to new housing Unit condition stable at time of release.

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)**

Encounter: Released from medical Unit
Date/Time of Service: 12/05/16 01:37 PM
Location of Service: Lawton Correctional Facility

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

Exhibit 4

CCS000284

## "DECLARATION"

I, Stephen E Robbs #262602, state under penalty of perjury on my own free will, being of sound mind state.

1.) I road on the bus from OSP to DCf on Oct. 2, 2020 with Ezekiel Davis.

2.) We are cell mates, and on Oct. 6, 2020 after Mr. Davis spoke to Case Manager Robert King in his office on Echo Bravo, I went next to speak with Robert King whom told me that Mr. Davis may have said bad things about him (Mr. King), I told Mr King that Mr. Davis said he is the best case manager on Echo Max Unit.

3.) Mr. King, opened up a Max-Security Inmate Handbook with a PREA case telling me Mr. Davis has been accused of raping his cellmates and has several Prea complaints filed against him. I told Mr King that Mr. Davis is a good cellmate and I don't want the Prea Card.

4.) On Nov. 3, 2020, when I was taken out of the cell for an attorney call, a Mr. Pfaff, case Manager Echo Charley Pod, escorted me to the office on Echo Bravo, once in the office he (Mr. Pfaff) apologized saying he's sorry about my having to live with Mr. Davis, when I asked him why and I told him Mr. Davis is a good cellmate and we are cool, Mr. Pfaff told me Mr. Davis Rats on staff and is a snitch, and that he is suing alot of DCF staff. Mr. Pfaff told me not to say anything to Mr. Davis about what he told me because he can get into trouble.

Pursuant to 28 U.S.C. sec. 1746. I declare under penalty of perjury that the foregoing is true and correct.

#262602  11-9-20
DATE

{Exhibit 5}

2000-4687

RECEIVED
OCT 0 6 2020
BY:_____

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Medical Supervisor_   FACILITY/UNIT: _DCF_   DATE: _10-5-20_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _N/A_   facility: _N/A_   grievance #: _N/A_
I affirm that I do ____ do not _✓_ have a grievance pending on this issue.
I affirm that I do _✓_ do not ____ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _CIV-16-462(JAOK); CIV-17-373 (EDOK)_
This request ____ does _✓_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_I arrived at this facility 10-2-20, on 9-25-20 I was taken_
_to OCIMC for MRI on my spine. I would like a copy of the MRI_
_Radiologist Report. I have submitted a Sick Call Request making_
_the same request with the disbursement._
(USE OTHER SIDE IF MORE SPACE IS NEEDED.  DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_Please give dispositions. Send me the MRI-Radiologist Report. See:_
_Sick Call Request Date 10-5-20_

NAME: _Ezekiel Davis_   DOC NUMBER: _186754_   UNIT & CELL NUMBER: _EB-313_
(PRINT)
SIGNATURE: _Ezekiel Davis   (Copy Made)_   WORK ASSIGNMENT: _N/A_

**DO NOT WRITE BELOW THIS LINE**

OCT 0 8 2020

DISPOSITION: _You will get it soon - please be_
_patient._

STAFF MEMBER _Dr. Lavin M_   DATE _10-9-2020_

OCT 13 2020

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

Exhibit 6
1 of 3

RECEIVED

2020-5027

**Must Be Submitted Through the Law Library or Designee** OCT 2 3 2020
Inmate/Offender Grievance Process
**REQUEST TO STAFF** BY:_____

TO: _Ray Larimer, HSA_____ FACILITY/UNIT: ___DCF___ DATE: _10-21-20_
(NAME AND TITLE OF STAFF MEMBER)

I have ✓ have not_____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _10-5-20_ facility: _DCF_ grievance #: _Unknown RTS_
I affirm that I do ___ do not ✓ have a grievance pending on this issue.
I affirm that I do ✓ do not___ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _CIV-18-462(NOOK); CIV-17-393(Eook)_
This request ___ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 9-25-20 while at OSP I was taken to OUMC; I arrived here on 10-7-20;
On 10-5-20, I sent RTS (hasn't been responded to) and a Sick Call Request
(hasn't been returned) 10-5-20 letting medical staff know that I wanted
a copy of MRI done 9-25-20 OUMC, I provided a disbursement for (OVER)
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Please give disposition. I would like a copy of my MRI-Radiologist Report done
9-25-20 and be seen by medical concerning my new symptom and for someone
to explain the MRI and whether I going to lose the use of my legs.

NAME: _Eekiel Davis_ DOC NUMBER: _186754_ UNIT & CELL NUMBER: FC-014 **2B513**
(PRINT)
SIGNATURE: _Eekiel Davis_ AD PV INMATE WORK ASSIGNMENT: _N/A_

**DO NOT WRITE BELOW THIS LINE** OCT 23 2020

DISPOSITION: Your request is being processed.

_____

Ray Larimer _____ 11-4-2020

STAFF MEMBER DATE

NOV 06 2020

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

Exhibit 6
2 of 3

MRI-Radiologist Report. I also outlined my new symptoms - I have shooting pain in my lower back to my buttock and legs when I sit and go to stand up, and when I am sitting I have excruciating pain in my lower back, plus my neck pain is more pronounced. I told Dr. Fabian this at OSP before MRI was ordered/referred.

I have pending civil cases concerning this issue/matter and I need copy of MRI to meet a deadline.

This is my second RTS and I believe that not only am I being shown deliberate indifference for my serious medical need, but I am being impeded intentionally by you and Dr. Sanders whom has already displayed prejudice when he slandered and defamed me (Aug 24, 2017) and I haven't slandered anyone... I just want to be treated like a human being, not a subject.

Exhibit 6
3 of 3

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

*Rec'd*
*10-8-20*

EZEKIEL DAVIS,              )
                           )
        Plaintiff,         )
vs.                        )          Case No.: CIV-16-462-PRW
                           )          Judge Patrick R. Wyrick
GEO GROUP CORRECTIONS,     )
INC., AMBER MARTIN, V.P.,  )
et al.,                    )
                           )
        Defendants.        )

## RESPONSE TO "PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS"

**COME NOW** the Defendant, GEO Group Corrections, Inc., by and through counsel of record, and for responses to "Plaintiff's Motion for Production of Documents and Tangible Things" submits the following:

## GENERAL OBJECTIONS

The following general objections and conditions qualify, and are incorporated by reference into each and every response of this Defendant to Plaintiff's discovery requests.

1. Plaintiff is incarcerated for life at the Oklahoma State Penitentiary and one or more of his discovery requests seeks information which may, if released to him could, in turn, be released to other person in the penal system, which could result in actions detrimental to the good order and discipline with the system and, as such, Defendant generally and specifically objects to the production of any such information and documents.

*Exhibit 1*
*1 of 6*

1

2. Defendant objects to Plaintiff's discovery requests to the extent they attempt to impose any obligation upon Defendant beyond the requirements of the Federal Rules of Civil Procedure.

3. Defendant objects to Plaintiff's discovery requests to the extent they seek any information protected from discovery by the attorney/client privilege, work-product doctrine and/or any other applicable legal privilege or doctrine.

4. Defendant does not waive their objections to competency, relevancy, materiality and admissibility of the information or documents provided by providing the answers in the responses below with regard to its use at any subsequent proceeding or trial of this or any other action. Defendant reserves all objections to the use of such information at any subsequent proceeding or trial of this or any other action.

5. Defendant reserves the right to rely upon any facts which may develop or come to its attention at a later time as discovery continues. Defendant will supplement these answers, if necessary, as discovery continues as required by the Federal Rules of Civil Procedure.

6. Defendant objects to the discovery of information containing or constituting the identify, mental impressions, facts known or opinions held by any expert consultant who has been retained or specially employed by Defendant but who is not expected to be called as a witness at trial, because such information is exempt from discovery under Rule 26 of the Federal Rules of Civil Procedure.

7. Defendant objects to each discovery request to the extent it seeks information containing or relating to the statements of potential witnesses and parties made

2

*Exhibit 1*
*2 of 6*

subsequent to the occurrences and transactions upon which the claims of the parties are based and in connection with the prosecution or investigation of this suit or in anticipation of the prosecution or investigation of the claims at issue in this case, because such information is exempt from discovery under Rule 26 of the Federal Rules of Civil Procedure.

8. Defendant objects to each discovery request to the extent it seeks information containing or relating to communications between agents, representatives or employees of Defendant made subsequent to the occurrences or transactions on which the claims of the parties are based and in anticipation of the prosecution or defense of such claims, because such information is exempt from discovery under Rule 26 of the Federal Rules of Civil Procedure

9. Defendant objects to each discovery request that seeks to obtain information containing or relating to trade secrets or other confidential proprietary information of Defendant.

10. Defendant objects to each discovery request that seeks information containing or relating to any matter subject to a protective or confidentiality agreement or order.

11. Defendant objects to each discovery request to the extent it purports to require information or production of documents that are not within Defendant's possession, custody or control.

12. Defendant objects to each discovery request to the extent it requests addresses and/or telephone numbers of the parties or their respective current employees, officers or directors.

*Exhibit 7*
*3 of 6*

13. Defendant objects to each discovery request to the extent it requests identification of trial witnesses and/or trial exhibits prior to the deadline for disclosure of such information set by the court in this case.

14. Defendant objects to each interrogatory and request to the extent that it seeks information relating to any compromise or offer to compromise a disputed claim.

15. The responses made herein and the production of documents in response hereto in no way waive: (a) any objections by Defendant as to the competency, relevancy, materiality, privilege or admissibility of such responses or documents or to the subject matter thereof; (b) Defendant's right to object to the use of such responses or documents, or to the subject matter thereof, in any proceeding, including the trial of this or any other action; or (c) Defendant's right to object to any other document or discovery request or to any request for further responses to the discovery requests.

16. Defendant reserves the right in any hearing or proceeding, including the trial of this or any other action, to use additional documents of the nature specified herein which are acquired from sources other than Defendant.

17. Defendant reserves the right to produce additional responsive documents that may come to its attention in the future, and to use such documents in any hearing or proceeding, including the trial of this or any other action.

18. By agreeing to produce documents in response to a discovery request, Defendant does not admit that documents responsive to the request exist or that such documents are in Defendant's possession, custody or control.   Rather, by agreeing to produce

*Exhibit 7*
*4 of 6*

documents responsive to a request, Defendant only agrees to produce such documents if they exist and if they are in Defendant's possession, custody or control.

19. Defendant reserves the right to supplement and/or amend these responses after further investigation and discovery.

20. Defendant incorporates by reference as if fully set forth the foregoing general objections as to each of their answers and responses.

## RESPONSES TO INTERROGATORIES

**REQUEST NO. 1:**      Produce the name of Stephen Lange employer. Stephen Lange is not named as a party to this action but may have information pertaining to the claims and defenses in this matter.

**RESPONSE TO REQUEST NO. 1:** Objection. Vague and ambiguous. Stephen Lange was not, at any time relevant to the matters alleged in Plaintiff's Amended Complaint, an employee of LCF or GEO.

**REQUEST NO. 2:**      Produce the medical record where, when and who assessed me with a paranoid personality disorder as suspected 2-29-12.

**RESPONSE TO REQUEST NO. 2:**      Objection. Without waiving this objection, these documents would best be obtained from your medical records as maintained by CCS.

Respectfully submitted,

_____

Thomas G. Ferguson, Jr., OBA#2878
WALKER, FERGUSON & FERGUSON

*Exhibit 7*
*5 of 6*

5

941 East Britton Road
Oklahoma City, OK  73114
Telephone:   405-843-8855 / Facsimile: 405-843-8934
Email:        tferg@wffatty.com
***Attorneys for Defendants, GEO Group Corrections,***
***Inc., (Amber Martin, V.P.,), Hector A. Rios, Lt. Durant,***
***Lt. Dawson and Sgt. Adams***

## CERTIFICATE OF MAILING

I hereby certify that on this *30th* day of *September*, 2020, a true and correct copy of the above and foregoing document was mailed to:

Ezekiel Davis
Inmate #186754, C-2-18
OKLAHOMA STATE PENITENTIARY
P.O. Box 97
McAlester, OK 74502
***Plaintiff - Pro Se***

I hereby certify that on this *30th* day of *September* 2020, a true and correct copy of the above and foregoing document was emailed to:

Austin J. Young, Esq.                    *Via Email:  ayoung@johnsonhanan.com*
Sean P. Snider, Esq.                     *Via Email:  ssnider@johnsonhanan.com*
JOHNSON HANAN AND VOSLER
***Attorney for Defendants Christina***
***Thomas, Sheryl Denton, Dan Ronay,***
***Sam Musallam and Shahid Ansari***

Jessica L. Dark, Esq.                    *Via Email:  jdark@piercecouch.com*
Russell L. Hendrickson, Esq.             *Via Email:  hendrickson@piercecouch.com*
PIERCE COUCH HENDRICKSON
   BAYSINGER & GREEN, LLP
***Attorneys for Mars Gonzaga, M.D.***

THOMAS G. FERGUSON, JR.

6

*Exhibit 7*
*6 of 6*



SCOTT CROW
DIRECTOR

J. KEVIN STITT
GOVERNOR

STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
MEDICAL SERVICES

October 14, 2020

Ezekiel Davis, DOC #186754
Oklahoma State Penitentiary
P.O. Box 97
McAlester, OK 74502-0097

**Re: Improperly Submitted Grievance (MARA-20-71)**

Dear Mr. Davis:

Your grievance, which was marked as emergent and sensitive and dated September 9, 2020, was received in the medical services office on September 15, 2020.  In accordance with OP-090124, I am returning (a copy of) your original correspondence unanswered for the following reason(s):

1.  Grievance issue was not verified as sensitive or emergent in nature as defined in OP-090124, §VIII; consequently, the standard grievance process must be used.

**PLEASE NOTE**: You were placed on grievance restriction on April 15, 2020. Due to your continued misuse of the grievance process, your restriction is being extended through October 14, 2021.It is your responsibility to submit your grievance correspondence properly in accordance with OP-090124.  Please read this policy carefully before you submit any other correspondence. Contact your case manager if you have questions or need further assistance regarding the grievance process. Any further misuse and/or abuse of the grievance process will be grounds for extending this restriction.

The appropriate method for addressing your health concerns is via the facility's sick call process. Please document such concerns on a "Request for Health Services" form and submit it to the medical unit at your facility.  If necessary, an appointment can then be scheduled for you to be examined by a qualified health care professional.

Sincerely,

Cheri Atkinson
Medical Services Manager

CA/rm

CC     Regina VanBlaricom
       Mark Knutson
       File

Exhibit 8
1 of 8

## INMATE/OFFENDER GRIEVANCE

Dept. of Corrections
Medical Administration

Grievance no. _____

Grievance code: _____

Response due: _____

"*EMERGENCE & SENSITIVE*"
*GRIEVANCE*

SEP 1 5 2020

Received

---

**DO NOT WRITE ABOVE THIS LINE**

Date _9-9-20_____   Facility or Unit _OSP_____

Name _Ezekiel Davis_____   Facility Housing Unit _NE5-AA_____
        (Print)

DOC Number _186754_____   Date "Request to Staff" response received: _N/A_____

Have you previously submitted a grievance on this same issue? _No!_ If yes, what date _N/A_, facility _N/A_, grievance# _N/A_. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
   Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.   The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary.

ON 9-4-20, I WAS MADE AWARE OF A FALSE "CHART ENTRY" IN MY MEDICAL RECORD by STEPHEN LANGE, PhD AT THE LAWTON CORRECTIONAL FACILITY IN DEC. 7. 2016. I contend that I NEVER SPOKE to A STEPHEN LANGE ON 12-7-2016 About A AREA THAT ALLEGEDLY I WAS THE PERPETRATOR: In fact I WAS (OVER)

2.   Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

No RTS REQUIRED PER ODOC POLICY OP-090124 (VIII).(1) & (3)

3.   The action you believe the reviewing authority may lawfully take.

I would like the FALSE, SLANDEROUS, DEFAMATORY AND PREJUDICAL diagnosis EXPUNGED FROM MY MEDICAL RECORD.

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
_Boddy HONAKER_____   _Chief Medical Officer (ODOC)_____
Name                             Title

_Ezekiel Davis_____  COPY   _9-9-20_____
Signature of Grievant   MADE   Date Sent to Reviewing Authority

1. Original to file
2. Copy to inmate/offender

DOC 090124A (R 4/19)

Exhibit 8
2 of 8

EXONERATED by CAMERA footage being Able to look directly in to the cell, the inmate that Accused me RECANTED And said he just want to be move to Another Unit/Pod, I was let out of medical where I spent the night on (12-4-16) let out 12-5-16. SEE: Medical record 12-5-16.

Now, I filed PREA AGAINST Kimberly Weaks Oct. 6, 2016 And was interviewed by A female I.G. Agent Oct 13, 2016, whom obvious Allowed Stephen Lange to hear the interview she recorded, which contain some background.

However, I was misconstrued And Stephen Lange Alleged I said things that I NEVER said.

The interview was Allegedly suppose to be About PREA my cell mate filed however, it can clearly be seen to be About sex with female staff, And design to conduct A mental health Assessment, Also the entry state I Agreed to the "EVALUATION" if I could talk About my version of the events surrounding PREA, yet this is not About A PREA — from my cell mate, rather the PREA with staff I filed.

The mental health Assessment was done in Retaliation, I NEVER talked to Stephen Lange on 12-7-16 OR Any other day, this was done to punish me for my PREA AGAINST Kimberly Weaks; Stephen Lange's colleague And he used some of the information I provided to the I.G. Agent on 10-13-16.

This has Affected me because other medical personnel at Davis Correctional Facility (DCF) was made prejudice toward me, Dr Sanders slandered me in A "chart entry" immediately After learning About the entry made by Stephen Lange. SEE: Medical Record "Chart Entry" Dr Sanders 8-29-2017

Dept. of Corrections
Medical Administration

SEP 1 5 2020

Received

Exhibit 8
3 of 8

State of Oklahoma )
Pittsburg County ) ss:   Affidavit Ezekiel Davis

I, Ezekiel Davis, being of lawful age depose and state, that the foregoing is true and correct to the best of my knowledge, the following is a list of all grievances I've filed within the last (12) months. Pursuant to OP - 090124 (X)(3)(2)(e).

1) OSPG-20-67, filed Feb. 24, 2020, Emergency & Sensitive, concerning my placement on SHU Feb. 11, 2020 when my cellmate attempted to attack me. March 10, 2020 determined not to be an Emergency & Sensitive grievance. Told to follow standard grievance process. No appeal.

2) OSPG-20-70, filed 2-25-20, Requesting black mold test results never given, unanswered 3-12-20 due to sending it to the Warden, not Regina Van Blaricon. Given (10) days to resubmit. No resubmission.

3) OSPG-20-77, filed 2-27-20, Broken light fixture in NW-2-L, given misconduct, unanswered 3-12-20 because grievance cannot be filed about misconducts, and additional issues submitted in grievance not in RTS, given (10) days to resubmit, no resubmission. No appeal.

4) OSPG-20-82, filed 3-2-20, D.W. Rankins refusal to view camera footage from 2-11-20 incident at C-2-18, returned unanswered, more than one issue, additional issues in grievance not in RTS. Given (10) days resubmit on 3-23-20, resubmitted 3-27-20. Unanswered on 4-9-20 due to asking about information of another inmate. No appeal.

5) OSPG-20-86, filed 3-3-20, About being given the run around about black mold and lead test unanswered 3-23-20, should have sent to Regina Van Blaricon - not sent to correct administrator.

6) ARA-20-96, filed 3-3-20, Emergency & Sensitive, High Ranking osp prison officials maintaining a code of silence about why I was placed on SHU on 2-11-20 and not my cell mate who attempted to attack me and the drug ring he was involved in. Unanswered ARA do not conduct investigations on staff misconduct. 3-23-20.

7) OSPG-20-99, filed 3-16-20, A.W. Rankins maintaining a code of silence about staff misconduct. unanswered more than one issue, additional issues in grievance not in RTS; issue being addressed in OSPG-20-82, 3-24-20

8) OSPG-20-100, filed 3-16-20, Requesting filed stamp copies of RTS, unanswered 4-6-20 Additional issues in grievance not in RTS, (10) days resubmit. No resubmission.

9) OSPG-20-101, filed 3-16-20, Legal deadline need legal documents, 4-6-20 partial relief granted.

10) OSPG-20-106, filed 3-18-20, Mailroom opening legal mail and privileged mail outside of my presence. 4-7-20 partial relief granted. Staff directed to follow policy.

11) OSPG-20-107, filed 3-18-20, Christi Quick, Chief of Security lying about why I was placed on SHU on 2-11-20. Unanswered 3-24-20 out of time. Given (10) days to resubmit. Appealed 3-30-20, Determined out of time by ARA 4-21-20.

12) MARA-20-15, filed 3-17-20, Sensitive, Medical denying adequate service and Regina Van Blaricom maintaining a code of silence, 4-15-20 unanswered not sensitive. Placed on grievance restriction 4-15-20 to 4-15-21.

Subscribed and sworn to
8th day of April, 2020
Notary Public: _____
My Commission Number: 18002542
My Commission Expires: 3-12-22

_____
Affiant's Signature

[Notary Seal: SHERRY DAY NOTARY #18002542 EXP. 03/12/22 PUBLIC STATE OF OKLAHOMA]

Dept. of Corrections
Medical Administration

SEP 15 2010

Received

1 of 4

Exhibit 8
4 of 8

State of Oklahoma )
Pittsburg County ) ss: Affidavit  Ezekiel Davis

I, Ezekiel Davis, being of lawful age depose and state, that the foregoing is true and correct to the best of my knowledge, the following is a list of all grievances I've filed within the last (18) months. Pursuant to OP 090124 (8)(R),(2)(a).

13) OSPG-20-122, filed 3-25-20, Ms. Green would not allow me cell with Cleon Johnson #356759 she he was on Admin. Seg., but when Cleon Johnson #356759 asked her Ms. Green was willing to do the move. Unanswered 4-10-20, allegedly more than one issue, additional issues in the grievance not in the RTS,(10) days to resubmit. No resubmission.

14) OSPG-20-127 filed 3-31-20, not being able to get legal property while handcuffed, belly chained, and shackled. 4-10-20 unanswered more than one issue, additional issues in grievance not in RTS,(10) days resubmit, No resubmission.

15) OSPG-20-130, filed 3-31-20, being harassed by OSP staff. 4-10-20 unanswered grievance not sent to correct administration,(10) days resubmit. No resubmission.

16) OSPG-20-134, filed 4-2-20, being on SHU (50) days not able to check out leisure library books. 4-17-20 unanswered additional issues in grievance not in RTS,(10) days resubmit, No resubmission.

17) OSPG-20-135, filed 4-2-20, Tommy Sharp maintaining a code of silence, I am being punished outside of policy I have no SLI days, 4-17-20 unanswered, additional issues in grievance not in RTS, out of time. No appeal.

18) OSPG-20-139, filed 4-6-20, Nanci Battles stated Ms. Day don't read my legal mail, but she can't know that. 4-17-20 unanswered, had been placed on grievance restriction. No resubmission. No affidavit.

19) ARA-20-118, filed 4-6-20, appealed being placed on grievance restriction. Denied 4-24-20.

20) OSPG-20-169, filed 4-28-20, gave Ms. Pinkley, Mailroom, my legal documents to place in Ms. Day mailbox after Ms. Day told me I could do so. Ms. Day claim she didn't get them. Unanswered 5-11-20 additional issues in grievance not in RTS. (10) days resubmit. Resubmit 5-15-20 relief denied 6-1-20, Ms. Day will continue to do her job. Appealed 6-8-20. Denied 6-16-20. Affidavit not complete.

21) ARA-20-161, filed 4-28-20, sensitive being served uncooked food. Unanswered 5-18-20 not sensitive complaint can be addressed at facility.

22) OSPG-20-170, filed 4-29-20, Ms. Day lost my legal documents after telling me I could place them in her mailbox. 5-11-20 unanswered, additional issues in grievance not in RTS.(10) days resubmit. No resubmission.

23) OSP-20-195, filed 5-27-20, Ms. Day creating a folder to keep my legal documents after verifying deadlines - with the actual motion from attorneys. relief denied 6-16-20 nothing in policy excludes law library from keeping copies of deadline documents. 6-22-20 appeal - Affidavit for restriction was incorrect. Ms. Day not at work 7-1-3-20. Cont. next page

Subscribed and sworn to ____ day of Sept 2020

Notary Public: _____

My Commission Number: 18002842

My Commission Expires: 3-12-22

Affiant's Signature

[Notary seal: CHERRY DAY NOTARY #18002542 EXP. 03/12/22 PUBLIC STATE OF OKLAHOMA]

Dept. of Corrections
Medical Administration

SEP 15 2020

Received

Exhibit 8
5 of 8

2 of 4

State of Oklahoma)
Pittsbury County   } ss: Affidavit Ezekiel Davis

I, Ezekiel Davis, being of lawful age depose and state, that the foregoing is true and correct to the best of my knowledge, the following is a list of all grievance I've filed within the last (12) months. Pursuant to OP-090(24)(2)(B)(C)(a)

cont. No. 23

23) DSPG-20-195 - Unanswered ARA 7-9-20, affidavit incorrect, (60) days resubmit, resubmitted 7-15-20. 8-12-20 affidavit incorrect, failed to follow instructions, out of times

24) OSPG-20-198, filed 5-28-20, being punitively punished by being held on SHU for (85) days with no sanctioned segregation time to serve. Partial relief granted after being on SHU (21) days on 6-16-20. Not being punitively punished awaiting transfer/bed placement. Appeal 6-22-20, unanswered 7-9-20 affidavit incorrect (10) days resubmit, resubmitted 7-15-20. 8-12-20 affidavit incorrect, failed to follow instructions, out of time.

25) OSP-20-200, filed 5-28-20, needing access to my legal documents. Partial Relief 6-16-20 Legal material available through unit team, exchanged 6-16-20.

26) OSP-20-213, filed 6-10-20, Tommy Sharp maintaining code of silence by allowing Cpl. Hydon to retaliate after he threatened to rape me in the shower with another inmate. Unanswered 6-24-20, affidavit incorrect, more than one (1) issue, (10) days to resubmit, resubmitted 7-9-20, unanswered 7-29-20, affidavit incorrect, more than one issue, fail to follow instructions.

27) OSPG-20-216, filed 6-12-20, OSP staff - unit team giving me the run around when needed to exchange legal documents, 6-24-20 affidavit incorrect, more than one (1) issue, additional issues submitted in grievance not in RTS. (10) days resubmit, resubmitted 7-9-20, unanswered 7-29-20 affidavit incorrectly, more than one issue, additional issue in grievance not in RTS, fail to follow instructions.

28) OSP-20-224, filed 6-18-20, Ms. Pope, retaliated against me for saying I would file a grievance on her for denying me typing paper. I was given a class X-25 misconduct, unanswered 7-8-20 affidavit incorrect, additional issues in grievance not in RTS, (10) days resubmit, resubmitted 7-14-20, unanswered 7-29-20 affidavit incorrect additional issues in grievance not in RTS, fail to follow instructions.

~~29) OSP-20-226, filed 6-22-20, needing to check out book, unanswered 7-8-20 affidavit incorrect, additional issues in grievance not in RTS, (10) days resubmit, no resubmit.~~

~~30) OSPG-20-217, filed 6-10-20, Cpl. Hydon threat to rape me while in the shower with another inmate, 6-24-20, affidavit incorrect, resubmitted 7-9-20 pending.~~

Subscribed and sworn to 8th day
of Sept 2020
Notary Public: [signature]
My Commission Number: 18002542
My Commission Expire: 3-12-22

[3 of 4]

[signature]
Dept. of Corrections
Medical Administration

SEP 15 2020

Received

Exhibit 82
6 of 8

[Notary seal: SHERRY DAY NOTARY #18002542 EXP. 03/12/22 PUBLIC STATE OF OKLAHOMA]

State of Oklahoma )
Pittsburg County ) ss: Affidavit Ezekiel Davis

I, Ezekiel Davis, being of lawful age depose and state, that the foregoing is true and correct to the best of my knowledge, the following is a list of all grievances I've filed within the last (12) months. Pursuant to OP-090124 (I)(B)(2)(e)

29.) OSPG-20-235, filed 6-30-20, need to exchange legal property, unanswered 7-14-20 not RTS, Affidavit, (10) days resubmit, resubmitted 7-23-20, unanswered 8-10-20 Affidavit incorrect, no additional pages, out of time

30.) OSPG-20-248, filed 7-7-20, Law Library creating a folder to keep my legal documents, not knowing how to verify a rule imposed deadline, unanswered 7-31-20, Affidavit incorrect, additional issues in grievance not in RTS, (10) days resubmit, resubmitted 8-3-20,

31.) OSPG-20-249, file 7-7-20, Ms. Bowling will not let me file separatees, unanswered 7-31-20 Affidavit incorrect, additional issues in grievance not in RTS, (10) days resubmit, Resubmitted 8-4-20, unanswered 8-10-20, unanswered 8-10-20, Affidavit incorrect, failed to follow instructions, 8-26-20 unanswered, Affidavit incorrect, out of time.
32.) OSPG-20-251, file 7-20-20, Ms. Quick maintain a code of silence about Law Library staff harassment. unanswered 8-10-20, Affidavit incorrect (10) days resubmit, Resubmitted 8-11-20

33.) OSPG-20-277, file 8-5-20, Someone is tampering with my outgoing and incoming mail, 8-19-20, unanswered Affidavit incorrect, (10) days to resubmit. 9-8-20 Affidavit incorrect, out of time!

34.) OSPG-20-280, file 8-5-20, RTS being with (7) days, 8-19-20, unanswered Affidavit not correct, (10) days to resubmit. 9-8-20 Affidavit incorrect out of time

Subscribed and sworn to
8th day of Sept 2030
Notary Public: [signature]
My Commission No.: 18002542
My Commission Expires: 3-12-22

[signature]
Affiant's Signature

Dept. of Corrections
Medical Administration

SEP 15 2020

Received

SHERRY DAY
NOTARY
#18002542
EXP. 03/12/22
PUBLIC
STATE OF OKLAHOMA

4 of 4

Exhibit 8
1 of 8

Mr. Ezekiel Davis
#186734, NE5-AA
P.O. Box 97
M<sup>c</sup>Alester, Okla. 74502

TULSA OK 740

11 SEP 2020 PM 2



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 74501   $ 000.50⁰
02 4W
0000351034 SEP  10. 2020

PriViLEGED
LEGAL
MAIL

Dept. of Corrections
Medical Administration

SEP 1 5 2020

Received

c/o Medical Administrator
Review Authority
2901 N. Classen Blvd. Suite 200
Okla. City, Okla. 73106

R

73106-543899

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY INMATE**      Facility: _DCF/CORECIVIL_ Date: _10-5-20_

Inmate Name _Ezekiel Davis_____ DOC # _186734_ Unit _EB-213_

**I request the following service(s):** **(Check appropriate box(s))**

☒ **Medical**   ☐ **Mental Health**   ☐ **Dental**   ☐ **Optometry (eye)**   ☐ **Medication Renewal**
(expired medications only)

Reason for service: _I was taken to OUMC for MRI (9-25-20) and I would_
_like to know the results and I need a copy of MRI-Radiology, and_
_I would like to know whether I can be seen by a Neurologist to_
_let me know what spinal condition is and what can be done._

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $ 4 for **each** medical service **I request** and a charge of $ 4 for **each** medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is **no charge** to the offender for mental health services and/or mental health medications.

Inmate Signature _Ezekiel Davis_            Date: _10-5-20_

**TO BE COMPLETED BY HEALTH SERVICES**         Date Received _10/5/20_   Initials _CS_

Comment: _Refer to medical records_
_Refer to provider ·_

_Shirley RN_                                    _10/5/20_
RN/LPN/Health Care Provider Signature                Date

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

_Exhibit 9_                        DOC 140117A
                                    (R 5/17)

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

TO BE COMPLETED BY INMATE       Facility: _ACF_       Date: _10-8-20_

Inmate Name _Ezekiel Davis_       DOC # _186754_ Unit _EB-213_

I request the following service(s): (Check appropriate box(s))

☑ Medical   ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☐ Medication Renewal
                                                                  (expired medications only)

Reason for service: _I would like to know whether Medical can approve_
_for me to be allowed to purchase Athletic shoes by paying with_
_my gang pay each month due to my spinal condition - because_
_I do have high arches, bunions (Right foot). This would help_
_relieve pain in back when I need to walk._

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $ 4 for each medical service I request and a charge of $ 4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Inmate Signature _Ezekiel Davis_       Date: _10-8-20_

TO BE COMPLETED BY HEALTH SERVICES

| Date Received | Initials |
| 10·8·2020 | |

Comment: _You came in with gilligans from your previous facility_
_no report of shoes from previous facility_

_____       _10-8-2020_
RN/LPN/Health Care Provider Signature       Date

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

NOTE: All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

Exhibit 10

DOC 140117A
(R 5/17)

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

TO BE COMPLETED BY INMATE    Facility: _NCF_    Date: _10-15-20_

Inmate Name _Ezekiel Davis_____  DOC # _186754_  Unit _EB-213_

**I request the following service(s):** (Check appropriate box(s))

☒ Medical   ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☐ Medication Renewal
                                                                (expired medications only)

Reason for service: _I would like to see the doctor CONCERNING my spinal condition that he is aware of, I would like to know when I can receive the neurologist consultation which I was told by Dr. Fabian at OSP would be next after MRI done at OUMC 9-25-20. My spinal is painful (as is known) And my feet hurt when I walk - I have "high arches" not flat feet, And my right foot has a big bunion on it that hurts and a plantars wart, while at OSP Dr. Maclar was very adversarial toward me and made me uncomfortable with having him remove the plantars wart. In the sick call request on (10-8-20) I asked whether I could be approved through medical    (over)_

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $ 4 for each medical service I request and a charge of $ 4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Inmate Signature _Ezekiel Davis_____    Date: _10-15-20_

TO BE COMPLETED BY HEALTH SERVICES

| Date Received | Initials |
|---|---|
| 10/16/20 | LRn |

Comment: _____ _Refer to provider_ _____

_R. Shirley, RN_____    _10/16/2020_
RN/LPN/Health Care Provider Signature                Date

"Return the "Request for Health Services" with the disposition of the inmate's request in the comment section to the inmate after scanning into the inmate's EHR.

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expires or runs out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

_Exhibit 11_

DOC 140117A
(R 5/17)

RECEIVED
OCT 21 2020
BY_____

2020-4099-1

## Must Be Submitted Through the Law Library or Designee
## Inmate/Offender Grievance Process
## REQUEST TO STAFF

TO: _Mr. Martinez, 4/M_     FACILITY/UNIT: _DCF_     DATE: _10-20-20_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not ✓ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _N/A_     facility: _N/A_     grievance #: _N/A_
I affirm that I do ____ do not ✓ have a grievance pending on this issue.
I affirm that I do ___ do not___ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _CIV-16-463(WOOK);CIV-17-393-EDCK)_
This request ____ does ✓ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_I arrived here on Oct. 3, 2020, I sent RTS to property on Oct._
_3, 2020 concerning my legal property that was left at OSP. I have_
_pending cases and legal deadlines and I need my legal_
_property that is in excess of one cubic feet. I mentioned (over)_
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_Please give disposition, I have mentioned this to you and Mr_
_King, I would like for you to contact OSP Warden and Property_
_to see why my property has not been sent to this facility._
_Thank You._

NAME: _Ezekiel Davis_     DOC NUMBER: _188754_     UNIT & CELL NUMBER: _EB-213_
(PRINT)
SIGNATURE _Ezekiel Davis copymate_     WORK ASSIGNMENT: _N/A_

### DO NOT WRITE BELOW THIS LINE    OCT 27 2020

DISPOSITION:
_Sgt. Morrison spoke with the OSP property department_
_and was advised that property from OSP would be_
_sent via the next bus from OSP to DCF._

_____                    10 / 28 / 2020
STAFF MEMBER                          DATE

Date response sent to inmate/offender: OCT 29 2020
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

Exhibit 12
1 of 2

Spoke with you on Oct. 3, 2020 and Oct. 19, 2020 while in the law library cage, and to Mr. king.
I have legal deadlines and need my legal property.

Exhibit 12
2 of 2

RECEIVED
OCT 1 6 2020
BY:_____

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Property Supervisor_          FACILITY/UNIT: ___ACF___   DATE: _10-14-20_
   (NAME AND TITLE OF STAFF MEMBER)

I have ✓ have not_____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _10-5-20_ facility: __ACF__ grievance #: _unknown_
I affirm that I do ____ do not ✓ have a grievance pending on this issue.
I affirm that I do ✓ do not___ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _CN-16-462(WOOD)CN-17-293(LOCK)_
This request _____ does ✓ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:**   State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

_I arrived here 10-2-20 and submitted a RTS on 10-5-20 concern_
_legal property that was left at OSP, the property officer said that he would_
_send my property. Can you check and see if my property has been_
_sent from OSP._

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly
should be done and how.
_Please give dispositions. Can you call OSP property supervisor and find out_
_whether my property was sent, I need my legal documents for my_
_pending cases above._

NAME: _Ezekiel Davis_          DOC NUMBER: _186754_ UNIT & CELL NUMBER: _EB 213_
   (PRINT)
SIGNATURE: _Ezekiel Davis (copy made)_   WORK ASSIGNMENT: _N/A_

**DO NOT WRITE BELOW THIS LINE**   OCT 2 0 2020

DISPOSITION: _Nothing has arrived at this time. OSP stated CMH will_
_pick up tomorrow to be brought here_

_Sgt T. Morrison_          _10-22-2020_
STAFF MEMBER          DATE

Date response sent to inmate/offender: _OCT 2 8 2020_
1. Original to file
2. Copy to inmate/offender          DOC 090124D (R 4/19)

Exhibit 13

RECEIVED

OCT 0 6 2020

BY:_____

2020-4684

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Property Supervisor_____ FACILITY/UNIT: _DCF/Correctal_ DATE: _10-5-20_
  (NAME, AND TITLE OF STAFF MEMBER)

I have ____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ___N/A_____ facility: __N/A___ grievance #: __N/A___
I affirm that I do ____ do not _✓_ have a grievance pending on this issue.
I affirm that I do _✓_ do not ____ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _CIV-16-462(WWDK); CIV-17-298(RDDK)_
This request ____ does _✓_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_I arrived here on 10-2-20, and I still have legal property at the Oklahoma State Penitentiary (OSP). I would like for the property supervisor to contact OSP Property Supervisor and ask them to send me my legal property._
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.
_Please give disposition. I would like the rest of my legal property from OSP. Thank You._

NAME: _Ezekiel Davis_____ DOC NUMBER: _196751_ UNIT & CELL NUMBER: _EB-215_
  (PRINT)
SIGNATURE: _Ezekiel Davis_____ WORK ASSIGNMENT: _N/A_

**DO NOT WRITE BELOW THIS LINE**     OCT 0 8 2020

DISPOSITION: _Refer to RTS 2020-4874_

_Sgt Morrism_                _10-22-2020_
**STAFF MEMBER**                **DATE**

Date response sent to inmate/offender: _OCT 28 2020_
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

RECEIVED
OCT 0 9 2020

{Exhibit 14}

COPY

RECEIVED

OCT 1 9 2020

BY: _____

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Dr. F. Sanders_    FACILITY/UNIT: _N.F_    DATE: _10-15-20_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _N/A_   facility: _N/A_   grievance #: _N/A_
I affirm that I do ____ do not _✓_ have a grievance pending on this issue.
I affirm that I do _✓_ do not ___ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _CIV-16-462(W.D.OK); CIV-17-393(E.D.OK)_
This request _____ does _✓_ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_On 10-15-20, I submitted a SCR concerning my spinal condition that you are aware of, which directly affects my quality of life due to the pain that I'm in, because my feet are unbalanced due to high arches, I have a bunion and plantars' wart on my right foot (over)_

(USE OTHER SIDE IF MORE SPACE IS NEEDED.  DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.
_Please give disposition. I would like better arch support (athletic shoes) and/or to be seen by a podiatrist. I am indigent and the only way I can afford to purchase shoes is with my gang pay. Please provide copy of RTS._

NAME: _Ezekiel Davis_   DOC NUMBER: _186754_   UNIT & CELL NUMBER: _EB-213_
(PRINT)
SIGNATURE: _Ezekiel Davis_   WORK ASSIGNMENT: _N/A_

**DO NOT WRITE BELOW THIS LINE**

OCT 21 2020

DISPOSITION: _You will need to contact the Warden._

_____ STAFF MEMBER    DATE _10-26-2020_

Date response sent to inmate/offender: _____ OCT 2 8 2020 _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

Exhibit 15
1 of 2

I would like to be approved to purchase Athletic shoe by using my gang pay – I'm indigent.
I would also like for you to examine my feet and document your diagnosis or send me to a podiatrist.

Exhibit 15
2 of 2

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

RECEIVED

OCT 1 9 2020

BY:

TO: _Dr. F. Sanders_     FACILITY/UNIT: _MF_     DATE: _10-15-20_
    (NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _N/A_    facility: _N/A_    grievance #: _N/A_
I affirm that I do ____ do not _✓_ have a grievance pending on this issue.
I affirm that I do _✓_ do not ___ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _CIV-16-462(W.D.OK); CIV-17-293(E.D.OK)_
This request _____ does _✓_ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 10-15-20, I submitted a SCR concerning my spinal condition that you are aware of, which directly affects my quality of life due to the pain that I'm in, because my feet are unbalanced due to high arches, I have a bunion and plantars wart on my right foot   (over)

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Please give disposition. I would like better arch support (athletic shoes) and/or to be seen by a podiatrist. I am indigent and the only way I can afford to purchase shoes is with my gang pay. Please provide copy of RTS.

NAME: _Ezekiel Davis_     DOC NUMBER: _186751_     UNIT & CELL NUMBER: _EB-213_
   (PRINT)

SIGNATURE: _Ezekiel Davis_     WORK ASSIGNMENT: _N/A_

**DO NOT WRITE BELOW THIS LINE**     OCT 21 2020

DISPOSITION:

_____
_____
_____

_____
STAFF MEMBER               DATE

Date response sent to inmate/offender: _____
1. Original to file
2. Copy to inmate/offender            DOC 090124D (R 4/19)

Exhibit 16
1 of 2

I would like to be approued to purchase Atheletic shoe by using my gang pay - I'm indigent.
I would also like for you to examine my feet and document your diagnosis or send me to a podiatrist.

Exhibit 16
2 of 2

*2020-'a*
*50 9*

RECEIVED

**Must Be Submitted Through the Law Library or Designee**    OCT 2 6 2020
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**    BY:_____

TO: _S.R. Baily, Trust Fund_    FACILITY/UNIT: _ACF_    DATE: _10-22-20_
    (NAME AND TITLE OF STAFF MEMBER)

I have ____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _N/A_    facility: _N/A_    grievance #: _N/A_
I affirm that I do ____ do not _✓_ have a grievance pending on this issue.
I affirm that I do _✓_ do not ____ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _CN-16-462(WDOK); CIV-17-293(ENE)_
This request ____does    _✓_    does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:**    State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_In accordance law I can communicate with any attorney I choice to for legal_
_representation or advice. These attorney are representing (Thomas G._
_Ferguson & Austin J. Young) prison officials in CN-16-462-PRW-(WDOK)._
_Please state the policy that is placing a restriction on which attorney (over)_
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.
_Please give disposition. OP-030115 (IV)(E)(1). is a illegal policy, I am hereby_
_placing you on notice that you are follow a policy that is illegal and in_
_accordance with OP-110215 (II)(A)(1)(a) -Notice "Complying with laws is_
_first. If I have to pursue, this I will sue - somebody._

NAME: _Ezekiel Davis_    DOC NUMBER: _186754_ UNIT & CELL NUMBER: _EB-213_
    (PRINT)
SIGNATURE: _Ezekiel Davis_ _(copy made)_    WORK ASSIGNMENT: _N/A_

**DO NOT WRITE BELOW THIS LINE**    OCT 29 2020

DISPOSITION:
_OP-030115 "You are only denied from attorney shopping._
_Not from communicating with your attorney of record,_

STAFF MEMBER _D. Jones_    DATE _11/4/20_    RECEIVED    NOV 0 3 2020    BY: _SCB_

Date response sent to inmate/offender: _____ NOV 06 2020 _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)

[ _Exhibit 16_
_1 of 2_ ]

I choice to communicate with so I can challenge this unlawful policy.
FRANK THOMAS has _not_ represented me in (30) years.

Exhibit 16
2 of 2

REC'd 10-30-20

This is not your atty
of record. You can
either use your indigent
Postage to mail or you can
Mail when you have the
funds.
                    SCBailey
                    Trust fund

Mr. Davis.
        Frank Thomas is
Your Attorney of Record.
This is the only Attorney
You can send Correspond
with by disbursement.
the others you must provide
your own stamp or use your
indigent stamp for. SCBailey

{ Exhibit 17 }