**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 27, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

EZEKIEL DAVIS,

    Plaintiff - Appellant,

v.

CORE CIVIC, INC.; JAMES YATES, Warden; KEVIN BROWN, Chief of Security; J. DORMAN, Chief; MR. PEREZ, Assistant Warden; MR. GENTRY, Assistant Warden; TIFFANY ADE, Max Unit Manager; MARK KNUTSON, DOC Director Designee; JOHNNY BLEVINS, DOC Inspector General; RAY LARIMER, Health Service Administrator; FRED SANDERS, DCF Medical Doctor; MR. PFAFF, Case Manager - Max Unit; DOC, General Counsel; MRS. BOGGS, Counselor, Max Unit; WAYDA STAMEY, Correctional Officer; JOSHUA PHILLIPS, Correctional Officer; RHODA SHIVLEY, Nurse; SAM SAM HASSAN, Law Library Supervisor; J. MORALES, Mailroom Supervisor; MARIA MARTINEZ, Mailroom Clerk; MR. COLLINS, Correctional Officer; SGT. ROBINSON, Disciplinary Supervisor; MR. KEY, Disciplinary Investigation Officer; KEITH IVANS, Dr., Director of Correctional Medical Associates (CMA); SUSAN BURKHALTER, Nurse Practitioner - Mississippi; SERENA BREWER, Nurse Practitioner - DCF; DIANA JONES, Manager Operations Finance - DCF; TERRY UNDERWOOD, Grievance/Misconduct Coordinator; JOE ALLBAUGH, Director Oklahoma Department of Corrections; YVONNE

No. 21-7020
(D.C. No. 6:18-CV-00396-JFH-SPS)
(E.D. Okla.)

NEAN, Dir., Correctional Medical Associates (CMA), a/k/a Dr. Yvonne Neau; MIKE CARPENTER, OSP Warden; BUDDY HONAKER, DOC Medical Service Administrator; T. CLELLEN, Captain - Correctional Officer; DR. MARLAR, OSP Medical Doctor; JERRY PERRY, H Block Unit Manager; LISA WILLIAMS, H Block Case Manager; MARGARET GREEN, C Unit Manager; KENT GOODYEAR, C Unit Case Manager; SGT. GRAHAM, Correctional Officer; SGT. KELLY, Correctional Officer, a/k/a Sgt. Kelley; CPL. BOSWELL, Correctional Officer; CPL. BRANSON; LT. THORP, Supervisory Officer; MR. PRICE, Chief of Security; DR. DEAKINS, Medical Doctor - OSP,

    Defendants - Appellees.

_____

## ORDER

_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rules 3.3(B) and 42.1. A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk