UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 27, 2021

Mr. Ezekiel Davis #186754
Lawton Correctional Facility
8607 SE Flower Mound Road
Lawton, OK 73501-9700

Ms. Kari Hawkins
Office of the Attorney General for the State of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Mr. Patrick Keaney
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

Mr. Darrell L. Moore
J. Ralph Moore PC
P.O. Box 368
Pryor, OK 74362-0000

**RE:** **21-7020, Davis v. Core Civic, et al**
Dist/Ag docket: 6:18-CV-00396-JFH-SPS

Dear Counsel, Clerk and Appellant:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/djd